UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                            Case No.: __18-13623(VFP)__

GLENDA JARA                    Chapter: __7__

                                 Judge: __Vincent F. Papalia__

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, the chapter 7 trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on December 11, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> The Trustee proposes to abandon real property located at 737 Wheat Ridge Lane, Unit 203, Las Vegas, Nevada with a fair market value of $156,864 on the basis that it is of inconsequential value and is burdensome to the estate.

> Liens on property:
> Mortgage held by Ditech Financial, LLC in the amount of $143,245

> Amount of equity claimed as exempt:
> $5,791.16

Objections must be served on, and requests for additional information directed to:
Name:         __Kim R. Lynch, Esq.__
Address:      __Forman Holt, 66 Route 17 North, Paramus, NJ 07652__
Telephone No.: __(201) 845-1000__

F0036387 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Glenda Jara  
    Debtor

Case No. 18-13623-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 13, 2018  
                   Form ID: pdf905     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
```
db               Glenda Jara,    259 Harrison Ave,    Jersey City, NJ  07304-1705
aty             +Forman Holt,    66 route 17 North, First Fl,    Paramus, NJ 07652-2672
517351010        1st National Bank of Omaha,    PO Box 3412,    Omaha, NE  68103-0412
517351011        American Express,    PO Box 981537,    El Paso, TX  79998-1537
517351012        Capital One/Saks Fifth,    3455 Highway 80 W,    Jackson, MS  39209-7202
517351013        Chase Auto,    PO Box 901003,    Fort Worth, TX  76101-2003
517351014        Citicards/Citibank,    PO Box 6241,    Sioux Falls, SD  57117-6241
517351016        Comenity Bank/Farmers Rewards Visa,    PO Box 182789,    Columbus, OH  43218-2789
517351018        DSNB/Bloomingdales,    PO Box 8218,    Mason, OH  45040-8218
517351020        German Toro,    259 Harrison Ave,    Jersey City, NJ  07304-1705
517351021        Macy's/DSNB,    PO Box 8218,    Mason, OH  45040-8218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
517351015        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2018 00:22:51     Comenity Bank/Ann Taylor,
                 PO Box 182789,    Columbus, OH  43218-2789
517351017        E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2018 00:22:48     Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD  57709-6172
517351019        E-mail/Text: CollectionsDept@figfcu.org Nov 14 2018 00:22:34     Farmers Ins Group FCU,
                 4601 Wilshire Blvd Ste 110,    Los Angeles, CA  90010-3865
517351022       +E-mail/Text: bnc@nordstrom.com Nov 14 2018 00:22:39     Nordstrom/TD,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
517351023        E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:46     SYNCB/Banana Republic,
                 PO Box 965005,    Orlando, FL  32896-5005
                                                                                               TOTAL: 7
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2018 at the address(es) listed below:
```
              Brian Gregory Hannon    on behalf of Debtor Glenda  Jara bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Cassandra C. Norgaard    on behalf of Debtor Glenda  Jara cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```