Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

**Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

In Re:

    Glenda Jara
    a/k/a Glenda Almeida,

            Debtor.

Case No. 18-13623-VFP
(Chapter 7)

Hearing Date: March 19, 2019

Judge: Hon. Vincent F. Papalia

---

### ORDER VACATING THE AUTOMATIC STAY AS TO THE
### 2014 FIAT 500L (VIN: ZFBCFADH2EZ006535)
### WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

    The Relief set forth on the following pages, numbered two (2) through   two (2)   
is hereby **ORDERED.**

**DATED: April 4, 2019**

                                           **Honorable Vincent F. Papalia**
                                         **United States Bankruptcy Judge**

**(Page 2)**
Debtor(s): Glenda Jara a/k/a Glenda Almeida
Case No.: 18-13623-VFP
Caption of Order: ORDER VACATING THE AUTOMATIC STAY AS TO THE 2014 FIAT
500L (VIN: ZFBCFADH2EZ006535)WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

Upon the motion of JPMORGAN CHASE BANK N.A., under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2014 FIAT 500L (VIN: ZFBCFADH2EZ006535) ("Vehicle") and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to pursue the movant's rights in the Vehicle described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the provision of F.R.B.P. Rule 4001(a)(3) which states that this order will be effective fourteen days from the date of its entry is hereby waived and the order shall be effective upon its entry.

The movant shall serve this order on the debtors, debtors' attorney, any trustee and any other party who entered an appearance on the motion.