Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

**Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No. 18-13623-VFP |
| | (Chapter 7) |
| Glenda Jara | |
| a/k/a Glenda Almeida, | Hearing Date: March 19, 2019 |
| Debtor. | Judge: Hon. Vincent F. Papalia |

### ORDER VACATING THE AUTOMATIC STAY AS TO THE 2014 FIAT 500L (VIN: ZFBCFADH2EZ006535) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

The Relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: April 4, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor(s): Glenda Jara a/k/a Glenda Almeida
Case No.: 18-13623-VFP
Caption of Order: ORDER VACATING THE AUTOMATIC STAY AS TO THE 2014 FIAT 500L (VIN: ZFBCFADH2EZ006535)WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

---

Upon the motion of JPMORGAN CHASE BANK N.A., under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2014 FIAT 500L (VIN: ZFBCFADH2EZ006535) ("Vehicle") and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to pursue the movant's rights in the Vehicle described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the provision of F.R.B.P. Rule 4001(a)(3) which states that this order will be effective fourteen days from the date of its entry is hereby waived and the order shall be effective upon its entry.

The movant shall serve this order on the debtors, debtors' attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Glenda Jara  
    Debtor

Case No. 18-13623-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 05, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.  
db         Glenda Jara,    259 Harrison Ave,    Jersey City, NJ   07304-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2019 at the address(es) listed below:

         Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
         Brian Gregory Hannon    on behalf of Debtor Glenda   Jara bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
         Cassandra C. Norgaard    on behalf of Debtor Glenda   Jara cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
         Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com  
         Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com  
         Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,   kanema@formanlaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                     TOTAL: 8